IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

THE COUNTY COMMISSION OF
MINGO COUNTY, et al.,

          Plaintiffs,

v.                                                                                  CIVIL ACTION NO. 2:21-cv-00079

MCKINSEY & COMPANY INC.,

          Defendant.

**ORDER**

Pending before the Court is Defendant McKinsey & Company, Inc.'s ("Defendant") motion to stay proceedings. (ECF No. 9) Defendant has requested this stay in proceedings pending resolution of its Motion to Transfer for Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, filed before the Judicial Panel on Multidistrict Litigation on March 5, 2021. (*See* ECF No. 6.) Defendant has represented this motion is unopposed. (ECF No. 9.) Therefore, and finding it appropriate, the Court **GRANTS** the motion to stay and **ORDERS** that this case is **STAYED** for one hundred twenty days from the date of this Order. The Clerk is **DIRECTED** to remove this case from the Court's active docket.

Prior to reopening the case, the Court shall hold a telephonic status conference in this matter on **July 15, 2021, at 10:00 a.m.** The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

      **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 12, 2021

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE